Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−21518−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   William Scott Kalna                                  Suzanne E Kalna
   60 Strikertown Road                                60 Strikertown Road
   West Newton, PA 15089                        West Newton, PA 15089

Social Security No.:
   xxx−xx−1480                                                 xxx−xx−7708

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>Telephone number:  724−832−2499 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 16, 2018<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>July 16, 2018<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/6/18                                                             BY THE COURT

                                                                            Carlota M. Bohm
                                                                            Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 18-21518-CMB
William Scott Kalna                                                         Chapter 13
Suzanne E Kalna
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                    Page 1 of 2             Date Rcvd: Jun 06, 2018
                              Form ID: rsc13                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +William Scott Kalna,    Suzanne E Kalna,    60 Strikertown Road,    West Newton, PA 15089-1805
14815244       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14815243       +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
14815245       +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
14815247       +Comenitybank/catherine,    Po Box 182789,    Columbus, OH 43218-2789
14815250       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14815254        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14815255       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14815257       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14815258       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
14815259       +Westmoreland County Tax Claim Bureau,    2 North Main Street,    Suite 406,
                 Greensburg, PA 15601-2417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:05:23      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14856072        E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 07 2018 02:06:28      CAPITAL ONE BANK (USA), N.A.,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14815242       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 02:13:42      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14849277        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 02:13:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14815246       +E-mail/Text: Bk@c2cfsi.com Jun 07 2018 02:05:45      Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14815247       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 07 2018 02:05:04      Comenitybank/catherine,
                 Po Box 182789,    Columbus, OH 43218-2789
14815248       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 07 2018 02:04:55      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14815249       +E-mail/Text: bknotification@loandepot.com Jun 07 2018 02:06:25      Loandepo.co,
                 26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
14816409       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 02:14:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14818703        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:05:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14857361        E-mail/Text: appebnmailbox@sprint.com Jun 07 2018 02:05:37      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS,66207-0949
14815251       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 02:13:45      Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14815252       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 02:14:04      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14815253       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 02:13:45      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14815256       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 07 2018 02:04:46
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14825315       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 07 2018 02:05:47      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
14815260       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 07 2018 02:06:28      Worlds Foremost Bank N,
                 Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LoanDepot.com, LLC
14815241        Bankamerica
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: rsc13          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Corey J. Sacca    on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor William Scott Kalna csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```