**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 18−21518−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   William Scott Kalna                              Suzanne E Kalna
   60 Strikertown Road                              60 Strikertown Road
   West Newton, PA 15089                            West Newton, PA 15089

Social Security No.:
   xxx−xx−1480                                      xxx−xx−7708

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR         NAME/ADDRESS OF TRUSTEE
Corey J. Sacca                              Ronda J. Winnecour
Bononi & Company                            Suite 3250, USX Tower
20 North Pennsylvania Ave.                  600 Grant Street
Greensburg, PA 15601                        Pittsburgh, PA 15219
Telephone number:  724−832−2499             Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF            CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                   August 20, 2018
August 20, 2018                             01:00 PM
01:00 PM                                    3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA    15219
15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 7/18/18                              BY THE COURT

                                            Carlota M. Bohm
                                            Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21518-CMB
William Scott Kalna                                                   Chapter 13
Suzanne E Kalna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 2             Date Rcvd: Jul 18, 2018
                            Form ID: rsc13          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db/jdb         +William Scott Kalna,    Suzanne E Kalna,    60 Strikertown Road,    West Newton, PA 15089-1805
14867479       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14865852        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14815244       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14815243       +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
14815245       +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
14861364       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14866940        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14870570       +LoanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14815250       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14871335       +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
14815254        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14815255       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14815257       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14866246        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,    IRVINE, CA 92623-9657
14815258       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
14815259       +Westmoreland County Tax Claim Bureau,    2 North Main Street,    Suite 406,
                 Greensburg, PA 15601-2417
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:22:59     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14856072        E-mail/Text: WFB.Bankruptcy@cabelas.com Jul 19 2018 02:24:18     CAPITAL ONE BANK (USA), N.A.,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14815242       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:30:30     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14849277        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:30:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14815246       +E-mail/Text: Bk@c2cfsi.com Jul 19 2018 02:23:21     Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14815247       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 19 2018 02:22:28     Comenitybank/catherine,
                 Po Box 182789,    Columbus, OH 43218-2789
14815248       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 19 2018 02:22:15     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14815249       +E-mail/Text: bknotification@loandepot.com Jul 19 2018 02:24:12     Loandepo.co,
                 26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
14816409       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:44:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14818703        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:22:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14868036        E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2018 02:22:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14862919        E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2018 02:22:39
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14857361        E-mail/Text: appebnmailbox@sprint.com Jul 19 2018 02:23:14     Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS,66207-0949
14815251       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:31:09     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14815252       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:29:48     Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14815253       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:31:10     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14867114       +E-mail/Text: bncmail@w-legal.com Jul 19 2018 02:23:37     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14815256       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:22:04
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14865360        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2018 02:30:53     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14825315       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2018 02:23:27     West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
14815260       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jul 19 2018 02:24:18     Worlds Foremost Bank N,
                 Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: bsil             Page 2 of 2                 Date Rcvd: Jul 18, 2018
                              Form ID: rsc13         Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LoanDepot.com, LLC
14815241         Bankamerica
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor William Scott Kalna csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```