UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Scott Kalna and Suzanne E. Kalna,<br>    Debtor(s)<br><br>LoanDepot.com, LLC,<br>    Movant(s)<br>                v.<br>William Scott Kalna, Suzanne E. Kalna, and<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 18-21518-CMB<br><br>Chapter 13<br><br>Related to Claim # 18 |

DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO
FUND THE PLAN WITH THE MODIFIED DEBT

1. LoanDepot.com, LLC filed a Notice of Mortgage Payment Change on December 11, 2018.
2. Debtor's current escrow account payment was $497.87 per month.
3. Debtor's new escrow account payment is $497.75 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,164.14 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date:  December 12, 2018

/s/ Corey J. Sacca____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com