IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | William Scott and Suzanne E Kalna |
|---|---|
| CASE NO. | 18-21518 CMB |
| RELATED TO DOCUMENT NO. | Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa)    Claim 4 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa)** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature on the document.**

You must file **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature listed** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature listed that is filed in response to this Notice.**

| March 15, 2019 | By: | Lylenn Fox |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Scott Kalna  
Suzanne E Kalna  
    Debtors

Case No. 18-21518-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 15, 2019  
                  Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.

        +Capital One Bank (USA) N.A Cabela's Club Visa,    Attn: Ashley Boswell,    4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:

        Corey J. Sacca     on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
        Corey J. Sacca     on behalf of Debtor William Scott Kalna csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
        James Warmbrodt     on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                    TOTAL: 5