## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | WILLIAM SCOTT & SUZANNE E KALNA |
| **Case Number:** | 18-21518-CMB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 27, 2019 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/1/19 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Continued Confirmation of Plan Dated 4/27/2018 (NFC)
R / M #:  13 / 0

### *Appearances:*

Debtor: Sacca
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  8-29-19  at  10:00  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Case may convert to ch. 7.

6/20/2019  9:19:05AM