# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---:|:---|
| **Debtor:** | WILLIAM SCOTT & SUZANNE E KALNA |
| **Case Number:** | 18-21518-CMB        Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/30/19 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#13 - Continued Confirmation of Plan Dated 4/27/2018 (NFC)
R / M #:   13 / 0

*Appearances:*

Debtor:  Sacca

Trustee: Winnecour / (Pail) Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  11/21/19  at  10:00  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2019   11:47:23 AM