UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Scott Kalna and Suzanne Kalana,<br>     Debtor(s) | Bankruptcy No. 18-21518-CMB |
| | Chapter 13 |
| Specialized Loan Servicing LLC,<br>     Movant(s)<br>          v.<br>William Scott Kalna and Suzanne Kalana, and<br>Ronda J. Winnecour Trustee<br>     Respondent(s) | Related to Claim # 18 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Specialized Loan Servicing LLC filed a Notice of Mortgage Payment Change on October 27, 2019.
2. Debtor's current escrow account payment was $497.75 per month.
3. Debtor's new escrow account payment is $507.20 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,173.59 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  October 28, 2019

/s/ Corey J. Sacca_____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com