# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** WILLIAM SCOTT & SUZANNE E KALNA
    **Case Number:** 18-21518-CMB      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, NOVEMBER 21, 2019 10:00 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

    #13 - Continued Confirmation of Plan Dated 4/27/2018 (NFC)
    R / M #: 13 / 0

*Appearances:*

    Debtor: SACCA
    Trustee: Winnecour / Pail / **Katz** / DeSimone
    Creditor:

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: Per Counsel Debtors request dismissal w/prejudice Trustee consents.

11/14/2019 1:07:12PM