IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | |
| William Scott Kalna : | Bankruptcy No. 18-21518-CMB |
| Suzanne E. Kalna : | |
| : | Chapter 13 |
| *Debtors* : | |
| : | Related to: Document No. 48 |

## ORDER

*AND NOW*, this <u>4th</u> day of <u>December, 2019,</u> it is hereby **ORDERED, ADJUDGED and DECREED** that a Hearing on the above-captioned case is scheduled for <u>January 15, 2020, at 10:00 a.m.,</u> in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, to Show Cause why the case should not be dismissed with prejudice, per Conciliation Conference held November 21, 2019. Any response or objection to the dismissal of this case must be filed with the Clerk no later than <u>January 8, 2020.</u>

In the event that no response is filed the Court may enter an order by default dismissing this case with prejudice.

.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
12/4/19 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                       Case No. 18-21518-CMB
William Scott Kalna                                                          Chapter 13
Suzanne E Kalna
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2         User: gamr                   Page 1 of 2                  Date Rcvd: Dec 04, 2019
                             Form ID: pdf900              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db/jdb         +William Scott Kalna,    Suzanne E Kalna,    60 Strikertown Road,    West Newton, PA 15089-1805
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14867479       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14865852        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14815244       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14815243       +Chase Card Services,    Attn: Correspondence,    Po Box 15278,   Wilmington, DE 19850-5278
14815245       +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
14861364       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14866940        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14870570       +LoanDepot.com, LLC,    c/o Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430
14815250       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14871335       +PNC Bank, National Association,    PO Box 94982,   Cleveland, OH 44101-4982
15017627       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14815254        Target,    Target Card Services,   Mail Stop NCB-0461,    Minneapolis, MN 55440
14815255       +TekCollect Inc,    Po Box 1269,   Columbus, OH 43216-1269
14815257       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
14866246        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
14815258       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,   Irvine, CA 92623-9657
14883093       +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Avenue, Suite 109,
                 Greensburg, PA 15601-2341
14815259       +Westmoreland County Tax Claim Bureau,    2 North Main Street,    Suite 406,
                 Greensburg, PA 15601-2417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14856072       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2019 02:56:44
                 CAPITAL ONE BANK (USA), N.A.,    CABELA'S CLUB VISA,    4515 N Santa Fe Ave,
                 Oklahoma City OK 73118-7901
14815242       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:35     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14849277        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:35
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14815246       +E-mail/Text: Bk@c2cfsi.com Dec 05 2019 02:54:24     Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14815247       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 05 2019 02:53:51     Comenitybank/catherine,
                 Po Box 182789,    Columbus, OH 43218-2789
14866940        E-mail/Text: G06041@att.com Dec 05 2019 02:54:45     Directv, LLC,
                 by American InfoSource LP as agent,    PO Box 5008,   Carol Stream, IL 60197-5008
14815248       +E-mail/Text: bncnotices@becket-lee.com Dec 05 2019 02:53:40     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14815249       +E-mail/Text: bknotification@loandepot.com Dec 05 2019 02:55:07     Loandepo.co,
                 26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
14816409       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 03:08:36
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14818703        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 02:54:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14868036        E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2019 02:53:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14862919        E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2019 02:53:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14857361        E-mail/Text: appebnmailbox@sprint.com Dec 05 2019 02:54:19     Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,   Overland Park, KS,66207-0949
14815251       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:33     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14815252       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:33     Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14815253       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:07     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14867114       +E-mail/Text: bncmail@w-legal.com Dec 05 2019 02:54:35     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14815256       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 05 2019 02:53:30
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14865360        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2019 02:56:44     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
14825315       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 05 2019 02:54:29     West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
```

```
District/off: 0315-2          User: gamr                    Page 2 of 2                   Date Rcvd: Dec 04, 2019
                              Form ID: pdf900               Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14815260        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:35
                 Worlds Foremost Bank N,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LoanDepot.com, LLC
14815241        Bankamerica
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
          Corey J. Sacca    on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          Corey J. Sacca    on behalf of Debtor William Scott Kalna csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```