## PROCEEDING MEMO

Date: 01/15/2020 10:00 am

In re:  William Scott Kalna
        Suzanne E Kalna

                                                    Bankruptcy No. 18-21518-CMB
                                                    Chapter: 13
                                                    Doc. # 48

Appearances:  Pail/
              Cory J. Sacca

**Nature of Proceeding:** #48 Rule To Show Cause Hearing Why Case Should Not Be Dismissed With Prejudice, per Conciliation Conference held 11/21/2019

**Additional Pleadings:** #48 Conciliation Conference Minutes from 11/21/2019 - Debtors Request Dismissal WITH PREJUDICE.  Trustee Consents

**Judge's Notes:**
 Dismissed without prejudice


FILED
1/15/20 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge