Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William Scott Kalna** : | Case No. 18−21518−CMB |
| **Suzanne E Kalna** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 15th of January, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 18-21518-CMB
William Scott Kalna                                                     Chapter 13
Suzanne E Kalna
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw                  Page 1 of 2                  Date Rcvd: Jan 15, 2020
                              Form ID: 309                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db/jdb         +William Scott Kalna,    Suzanne E Kalna,    60 Strikertown Road,    West Newton, PA 15089-1805
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14867479       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14870570       +LoanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14815250       +PNC Bank,   Attn: Bankruptcy Department,     Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14871335       +PNC Bank, National Association,     PO Box 94982,    Cleveland, OH 44101-4982
15017627       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14815255       +TekCollect Inc,    Po Box 1269,   Columbus, OH 43216-1269
14815257       +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14815259       +Westmoreland County Tax Claim Bureau,     2 North Main Street,    Suite 406,
                 Greensburg, PA 15601-2417
14883093       +Westmoreland County Tax Claim Bureau,     40 N. Pennsylvania Avenue, Suite 109,
                 Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14856072       +EDI: AIS.COM Jan 16 2020 08:33:00      CAPITAL ONE BANK (USA), N.A.,     CABELA'S CLUB VISA,
                 4515 N Santa Fe Ave,    Oklahoma City OK 73118-7901
14815242       +EDI: CAPITALONE.COM Jan 16 2020 08:33:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
14849277        EDI: CAPITALONE.COM Jan 16 2020 08:33:00       Capital One Bank (USA), N.A.,     PO Box 71083,
                 Charlotte, NC 28272-1083
14865852        EDI: BL-BECKET.COM Jan 16 2020 08:34:00       Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14815243       +EDI: CHASE.COM Jan 16 2020 08:33:00      Chase Card Services,     Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
14815244       +EDI: CHASE.COM Jan 16 2020 08:33:00      Chase Card Services,     Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
14815245       +EDI: CITICORP.COM Jan 16 2020 08:33:00       Citibank,    Citicorp Credit Srvs/Centralized Bankrup,
                 Po Box 790040,    St. Louis, MO 63179-0040
14861364       +EDI: CITICORP.COM Jan 16 2020 08:33:00       Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
14815246       +E-mail/Text: Bk@c2cfsi.com Jan 16 2020 04:26:34       Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14815247       +EDI: WFNNB.COM Jan 16 2020 08:33:00      Comenitybank/catherine,     Po Box 182789,
                 Columbus, OH 43218-2789
14866940        EDI: DIRECTV.COM Jan 16 2020 08:33:00       Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL 60197-5008
14815248       +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 04:25:03        Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14815249       +E-mail/Text: bknotification@loandepot.com Jan 16 2020 04:27:52        Loandepo.co,
                 26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
14816409       +EDI: PRA.COM Jan 16 2020 08:33:00      PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
14818703        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 04:26:03
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14868036        EDI: Q3G.COM Jan 16 2020 08:33:00      Quantum3 Group LLC as agent for,     Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14862919        EDI: Q3G.COM Jan 16 2020 08:33:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14857361        EDI: NEXTEL.COM Jan 16 2020 08:33:00      Sprint Corp,     Attention Bankruptcy,    PO Box 7949,
                 Overland Park, KS,66207-0949
14815251       +EDI: RMSC.COM Jan 16 2020 08:34:00      Synchrony Bank/Old Navy,     Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14815252       +EDI: RMSC.COM Jan 16 2020 08:34:00      Synchrony Bank/TJX,     Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14815253       +EDI: RMSC.COM Jan 16 2020 08:34:00      Synchrony Bank/Walmart,     Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14867114       +E-mail/Text: bncmail@w-legal.com Jan 16 2020 04:26:52       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14815254        EDI: WTRRNBANK.COM Jan 16 2020 08:33:00       Target,    Target Card Services,
                 Mail Stop NCB-0461,    Minneapolis, MN 55440
14815256       +EDI: VERIZONCOMB.COM Jan 16 2020 08:33:00       Verizon,    Attn: Wireless Bankrupty Admin,
                 500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
14865360        EDI: AIS.COM Jan 16 2020 08:33:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14866246        EDI: WFFC.COM Jan 16 2020 08:33:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
14815258       +EDI: WFFC.COM Jan 16 2020 08:33:00      Wells Fargo Dealer Services,     Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Jan 15, 2020
                               Form ID: 309                Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14825315         +E-mail/Text: bankruptcy@firstenergycorp.com Jan 16 2020 04:26:38      West Penn Power,
                  5001 NASA Blvd,    Fairmont, WV 26554-8248
14815260         +EDI: CAPITALONE.COM Jan 16 2020 08:33:00      Worlds Foremost Bank N,   Attn: Bankruptcy,
                  4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LoanDepot.com, LLC
14815241         Bankamerica
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Corey J. Sacca    on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          Corey J. Sacca    on behalf of Debtor William Scott Kalna csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```