**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM SCOTT KALNA
SUZANNE E KALNA
    Debtor(s)

Case No.:18-21518

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/18/2018 and confirmed on 08/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,273.33 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,273.33 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,492.62 | |
|   Trustee Fee | 2,031.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,523.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| SPECIALIZED LOAN SERVICING LLC | 0.00 | 21,615.55 | 0.00 | 21,615.55 |
|   Acct: 4674 | | | | |
| PNC BANK NA | 0.00 | 17,951.78 | 0.00 | 17,951.78 |
|   Acct: 5930 | | | | |
| SPECIALIZED LOAN SERVICING LLC | 5,125.33 | 0.00 | 0.00 | 0.00 |
|   Acct: 4674 | | | | |
| PNC BANK NA | 8,600.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5930 | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 3,112.39 | 0.00 | 0.00 | 0.00 |
|   Acct: 0112 | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 551.90 | 0.00 | 0.00 | 0.00 |
|   Acct: 0113 | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 3,033.22 | 0.00 | 0.00 | 0.00 |
|   Acct: 0154 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS F/ | 8,682.19 | 2,507.64 | 674.46 | 3,182.10 |
|   Acct: 8213 | | | | |
| | | | | 42,749.43 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM SCOTT KALNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY | 3,500.00 | 3,492.62 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 125.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1480 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 4,614.21 | 0.00 | 0.00 | 0.00 |
| Acct: 6075 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 20,423.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3093 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8299 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2471 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2629 | | | | |
| CITIBANK NA** | 3,876.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8843 | | | | |
| COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7678 | | | | |
| COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6985 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 365.36 | 0.00 | 0.00 | 0.00 |
| Acct: 1381 | | | | |
| CAPITAL ONE NA** | 1,177.63 | 0.00 | 0.00 | 0.00 |
| Acct: 9944 | | | | |
| PNC BANK NA | 13,051.22 | 0.00 | 0.00 | 0.00 |
| Acct: 2039 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 666.25 | 0.00 | 0.00 | 0.00 |
| Acct: 2273 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,646.92 | 0.00 | 0.00 | 0.00 |
| Acct: 4356 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,575.52 | 0.00 | 0.00 | 0.00 |
| Acct: 2047 | | | | |
| TD BANK USA NA** | 1,808.72 | 0.00 | 0.00 | 0.00 |
| Acct: 8699 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3371 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 3,053.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DEPARTMENT STORES NATIONAL BANK/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4133 | | | | |
| CAPITAL ONE BANK USA NA - CABELAS V | 18,229.61 | 0.00 | 0.00 | 0.00 |
| Acct: 0727 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2273 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 2,404.28 | 0.00 | 0.00 | 0.00 |
| Acct: 7406 | | | | |
| SPRINT CORP(*) | 1,481.76 | 0.00 | 0.00 | 0.00 |
| Acct: 5451 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 106.83 | 0.00 | 0.00 | 0.00 |
| Acct: 1849 | | | | |

| 18-21518 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURCE | 229.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 8823 | | | | |
|   PNC BANK NA | 6,158.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 3468 | | | | |
|   PNC BANK NA | 44,627.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 7372 | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 42,749.43 |

TOTAL CLAIMED
PRIORITY              125.00
SECURED            29,105.03
UNSECURED        126,496.99

Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com